BEFORE THE FIRST DIVISION, JULY 20, 1951

No. 55765.—Eitinger Bead Co., Inc. v. United States, protests 78034–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that certain items consist of alabaster beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020) and other items consist of white beads the same as those involved in *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867), the claim at 35 percent under paragraph 1503 was sustained.

No. 55766.—Heller Hope Co. et al. v. United States, protests 170964–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

No. 55767.—F. B. Vandegrift Co., Inc. v. United States, protest 138882–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55768.—Hugo Hreglich v. United States, protest 170949–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55769.—H. Kohnstamm & Co., Inc., et al. v. United States, protests 156231–K, etc. (New York).

Opinion by COLE, J. The protests were dismissed.

No. 55770.—Fratelli Branaca & Co., Inc. v. United States, protest 157265–K (New York).

Opinion by COLE, J. The protest was dismissed.

No. 55771.—Melchers, Inc. v. United States, protest 168847–K (New York).

Opinion by COLE, J. The protest was dismissed.